PHILIP CARPENTER, Respondent, *v.* ELMER E. HAWES, Appellant.

*Carpenter* v. *Hawes*, 139 App. Div. 902, affirmed.
(Submitted January 31, 1912; decided February 20, 1912.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action by an attorney to recover for legal services alleged to have been rendered defendant.

*Seth Bird* for appellant.

*Frank Parker Ufford* and *Harry Eckhard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

JOHN C. RODGERS, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Rodgers* v. *City of New York*, 139 App. Div. 901, affirmed.
(Submitted January 31, 1912; decided February 20, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 3, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages alleged to have been caused plaintiff through defendant's fraud and deceit.

*Chase Mellen* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.